**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **SPECIALIZED MONITORING SOLUTIONS, LLC,** | § § § § § § § § § § § | |
| *Plaintiff*, | | **Civil Action No. 2:15-CV-31-RWS-RSP** |
| | | **(Lead Case)** |
| **v.** | | |
| **SCHNEIDER ELECTRIC USA, INC.,** | | |
| *Defendant*. | | |
| **SPECIALIZED MONITORING SOLUTIONS, LLC,** | § § § § § § § § § § | |
| *Plaintiff*, | | **Civil Action No. 2:15-CV-32-RWS-RSP** |
| | | **(Conslidated Case)** |
| **v.** | | |
| **EMERSON NETWORK POWER, INC.,** | | |
| *Defendant*. | | |

## ORDER

The Joint Motion for Dismissal pursuant to FED. R. CIV. P. 41(a) is hereby granted. All claims of Plaintiff Specialized Monitoring Solutions, LLC against Defendants Emerson Network Power, Inc., Emerson Electric Co., and Liebert Corporation shall be, and are hereby, DISMISSED WITHOUT PREJUDICE, and all claims of Defendants Emerson Network Power, Inc., Emerson Electric Co., and Liebert Corporation against Plaintiff Specialized Monitoring Solutions, LLC shall be, and are hereby, DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs in connection herewith.

**SIGNED this 10th day of February, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE